## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50014 - 1 | **DATE** | 3/18/2008 |
| **CASE TITLE** | USA vs. MARVIN PEUGH | | |

**DOCKET ENTRY TEXT:**

Pursuant to request of counsel, the arraignment and plea is reset for March 24, 2008 at 10:30 am.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50014     Document 4     Filed 03/18/2008     Page 1 of 1

08CR50014 - 1 USA vs. MARVIN PEUGH     Page 1 of 1