## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50014 - 1 | **DATE** | 3/24/2008 |
| **CASE TITLE** | USA vs. MARVIN PEUGH | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to notice. Dan Cain appears as retained counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16. 1 conference to be held by March 31, 2008. Defendant's oral motion for time to May 5, 2008 to file pretrial motions is granted. USA's oral motion for the time of March 24, 2008 to and including May 5, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for May 5, 2008 at 10:30 am. Detention hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|